**IN THE CIRCUIT COURT OF THE STATE OF OREGON, COUNTY OF MARION**
**JUDGE TRACY A. PRALL**
Marion County Courthouse
P.O. Box 12869
Salem, OR 97309
(503) 588-5030

TEAMS (circled)

TTD: 13

State v. __Landis_____ DATE: 10.2.23

CASE #: __23CR43209__ (F)/M/PV ☒ Indictment ☒ Arraigned ☐ Need waiver
CASE #: _____ F/M/PV ☐ Indictment ☐ Arraigned ☐ Need waiver
CASE #: _____ F/M/PV ☐ Indictment ☐ Arraigned ☐ Need waiver

CASE #: _____ F/M/PV ☐ Ind ☐ Arraigned  **TRIAL DATE:** _____

CASE #: _____ F/M/PV ☐ Indictment ☐ Arraigned ☐ Need waiver
CASE #: _____ F/M/PV ☐ Indictment ☐ Arraigned ☐ Need waiver

| ATTORNEY/PARTY | REPRESENTING | PRESENT | PHONE |
|---|---|---|---|
| Wilson | State | | |
| Thibeault | Defendant o/c | | |

**DEFENDANT:** ☐Present ☐FTA ☐ Lodged: _____ Waiver: ☐ 60 ☐ 14 ☐ NO

☐ Warrants: Bail _____

**NOTES:** New oral mo to amend RA to allow out of state travel — allowed, — atty to keep details of travel & provide to ct if required.

D will file mo to allow possession of firearms — Declaration to be filed under seal (mo & order to be submitted)

☐ Discovery Complete _____

**NEXT DATE:**
☒ STATUS ☐ COP/SENT ☐ HG _____ on __10/18__ @ __8:30__

PRE-TRIAL: **Witness List and Jury Instructions Due** on _____ @ _____

**TRIAL:** _____ @ _____ Trial/Hg Length _____
☐ I/C _____ ☐ INT _____ ☐ Bench ☐ Jury - # of Jurors _____ ☐ **DV**
☐ TICKLE FOR: _____ ☐ Under Advisement Due: _____

Verified Correct Copy of Original 10/3/2023