IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| STATE OF OREGON,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SAMUEL TROY LANDIS,<br>　　　　　　Defendants. | Case No. 23CR43209<br><br>ORDER ON DEFENSE'S MOTION TO MODIFY RELEASE CONDITIONS TO ALLOW OUT OF STATE TRAVEL |

The court, being fully advised, hereby ORDERS that defense's motion to allow Mr. Landis to travel outside the state of Oregon and to require counsel to keep updated copies of his travel itinerary to be provided to the court upon request is:

　✕　Granted　　　　　　　　　　　　　　　　　　　　　　　_____Denied

Dated this ____ day of _____, 2023
10/4/2023 3:45:16 PM

*[signature]*

**Circuit Court Judge Tracy A. Prall**

Order prepared by: **ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing to be served on the Plaintiff, David Wilson of the Marion County District Attorney's Office at the following email addresses:

| | |
|---|---|
| David Wilson<br>Marion County DA's Office<br>drwilson@co.marion.or.us | ____ By hand delivery<br>____ By first-class mail*<br>_X_ By email<br>____ By overnight mail<br>____ By facsimile transmission<br>____ Fax #:<br>____ Ph #: |

DATED this 3 day of October, 2023.

**ANGELI LAW GROUP LLC**

By: s/ Amanda A. Thibeault
AMANDA A. THIBEAULT, OSB#132913