**Ashley R. Cadotte**, OSB #122926
ashley@ashleycadottelaw.com
2905 NE Broadway St.
Portland, OR 97232
Telephone: (971) 804-0898
Attorney for the State of Oregon

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **STATE OF OREGON** | 6:23-CR-00330-MC |
| vs. | NOTICE OF APPEARANCE |
| **SAMUEL TROY LANDIS,** | |
| **Defendant.** | |

Marion County Deputy District Attorney Ashley R. Cadotte hereby makes her appearance in the above-entitled case. Please include DDA Cadotte as attorney of record for the state in this case.

DDA Cadotte's email address is ashley@ashleycadottelaw.com

DATED: November 2, 2023.                    Respectfully submitted,


                                            /s/ Ashley R. Cadotte
                                            ASHLEY R. CADOTTE, OSB #122926
                                            Deputy District Attorney