**Ashley R. Cadotte**, OSB #122926
ashley@ashleycadottelaw.com
2905 NE Broadway St.
Portland, OR 97232
Telephone: (971) 804-0898

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **STATE OF OREGON** | 6:23-CR-00330-MC |
| vs. | NOTICE OF WITHDRAWAL |
| **SAMUEL TROY LANDIS,** | |
| **Defendant.** | |

Ashley R. Cadotte hereby withdraws as counsel in the above-entitled case. Please remove her as attorney of record for the state in this case.

DATED: December 27, 2023.                    Respectfully submitted,

                                                                              /s/ Ashley R. Cadotte
                                                                              ASHLEY R. CADOTTE, OSB #122926

Notice of Withdrawal                                                                                              Page 1