FILED

JAN 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In Re: STATE OF OREGON.<br>_____<br><br>STATE OF OREGON,<br><br>        Petitioner,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON, EUGENE,<br><br>        Respondent,<br><br>SAMUEL TROY LANDIS,<br><br>        Real Party in Interest. | No. 24-161<br><br>D.C. No. 6:23-cr-00330-MC-1<br>District of Oregon,<br>Eugene<br><br>ORDER |

Before: WARDLAW, PAEZ, and NGUYEN, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b).  Accordingly, within 21 days, the real party in interest must file an answer.

The district court may also address the petition if it so desires.  If the district court elects to address the petition, it may file an answer with this court or issue a supplemental order and serve a copy on this court.

Petitioner may file a reply within 7 days after service of the answer(s).

The mandamus petition, answer(s), and any reply shall be referred to the next available merits panel.

The Clerk will serve a copy of this order on the United States District Court for District of Oregon, Eugene, and District Judge Michael J. McShane.