**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**MICHELLE KERIN**, OSB No. 965278
michelle@angelilaw.com
**AMY E. POTTER**, OSB No. 231794
amy@angelilaw.com
**AMANDA A. THIBEAULT**, OSB No. 132913
amanda@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Defendant Samuel Troy Landis*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

|  |  |
|---|---|
| STATE OF OREGON | Case No. 6:23-cr-00330-MC |
| vs. | **JOINT STATUS REPORT** |
| SAMUEL TROY LANDIS | |
| Defendant. | |

On May 20, 2024, the Ninth Circuit denied the State of Oregon's request for a writ of mandamus. *See State of Oregon v. United States District Court for the District of Oregon, Eugene*, No. 24-161 (9th Cir.) The States is not seeking further review; this case will remain in federal court.

Defendant Samuel Landis intends to file a motion to dismiss, and the parties anticipate that the hearing for the motion to dismiss will take two days.

The parties understand that the first available date for a two-day hearing is November 25-26, 2024. Based on that, the parties propose the following briefing schedule:

| | |
|---|---|
| Motion to Dismiss | July 19, 2024 |
| Response to Motion to Dismiss | September 13, 2024 |
| Reply | November 6, 2024 |

DATED this 28th day of May 2024.

Respectfully submitted,

*s/ Amy E. Potter*
**ANGELI LAW GROUP LLC**
DAVID H. ANGELI, OSB No. 020244
MICHELLE KERIN, OSB No. 965278
AMY E. POTTER, OSB No. 231794
AMANDA A. THIBEAULT, OSB No. 132913
*Attorneys for Defendant Samuel Troy Landis*