**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**MICHELLE KERIN**, OSB No. 965278
michelle@angelilaw.com
**AMY E. POTTER**, OSB No. 231794
amy@angelilaw.com
**AMANDA A. THIBEAULT**, OSB No. 132913
amanda@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Defendant Samuel Landis*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON<br><br>vs.<br><br>SAMUEL TROY LANDIS<br><br>Defendant. | Case No. 6:23-cr-00330-MC<br><br>**UNOPPOSED MOTION TO EXCLUDE TIME** |

COMES NOW, Defendant Samuel Troy Landis, by and through counsel, and moves this court for an order excluding nine days, from July 10 to July 19, 2024, under the Speedy Trial Act from. The need for this additional time is outlined in more detail in the declaration of Michelle Holman Kerin, filed with this motion. But generally, the time is needed to prepare Special Agent Landis' Motion to Dismiss based on the Supremacy Clause of the United States Constitution. July 19, 2024, is the stipulated deadline for the defendant to file his Motion to Dismiss this case. ECF No. 34. The State does not oppose this Motion.

In terms of granting the delay, "The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 USC § 3161(h)(7).

DATED this 16th day of July, 2024

Respectfully submitted,

/s Michelle Holman Kerin
**ANGELI LAW GROUP LLC**
DAVID H. ANGELI, OSB No. 020244
MICHELLE HOLMAN KERIN, OSB No. 965278
AMY E. POTTER, OSB No. 231794
AMANDA A. THIBEAULT, OSB No. 132913
Attorneys for Defendant Samuel Troy Landis