**David R. Wilson**, OSB #075610
drwilson@co.marion.or.us
555 Court St. NE, Suite 3250
Salem, OR 97301
Telephone: (503) 588-5222

**Jessica Spooner**, OSB #105919
jspooner@co.marion.or.us
555 Court St. NE, Suite 3250
Salem, OR 97301
Telephone: (503) 588-5222

*Attorneys for the State of Oregon*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **STATE OF OREGON** | 6:23-CR-00330-MC |
| vs. | **STATE'S EXHIBIT LIST** |
| **SAMUEL TROY LANDIS,** | |
| Defendant. | |

The State of Oregon respectfully submits the following Exhibit List for the Motion to Dismiss in the above-captioned case.

| State of Oregon v. Samuel Troy Landis<br>6:23-CR-00330-MC ||||
|---|---|---|---|
| **Exhibit #** | **Description** | **Offered** | **Received** |
| 1. | Photo - Intersection of High and Leslie looking east | | |
| 2. | Photo - Intersection of High and Leslie – Overhead | | |
| 3. | Photo - High Street looking south | | |
| 4. | Photo - Defendant's vehicle behind bush | | |
| 5. | Photo - Defendant's brake lights | | |

**State's Exhibit List**                                            Page 1

| 6.  | Photo - Defendant's vehicle at stop sign pole | | |
|-----|-----------------------------------------------|--|--|
| 7.  | Photo - Defendant's vehicle past stop sign pole | | |
| 8.  | Photo - Defendant's vehicle at stop bar | | |
| 9.  | Photo - Defendant's vehicle past stop bar | | |
| 10. | Photo - A-Pillar of Defendant's Vehicle | | |
| 11. | Map - Google Earth Map | | |
| 12  | Documents - DEA Operational Plan | | |
| 13. | Documents - DEA Governmental Vehicle Use Policy | | |
| 14. | Documents - Samuel Landis Responses to Written Questions | | |
| 15. | Documents - Samuel Landis Grand Jury Testimony | | |
| 16. | Video – Surveillance Camera footage of Crash from 505 Mission St. | | |
| 17. | Video - Surveillance Camera footage of Margane Allen Riding Immediately Prior to Crash | | |
| 18. | Video - Surveillance Camera footage from 425 Leslie facing South | | |
| 19. | Video - Surveillance Camera footage from 425 Leslie Facing South with audio | | |

Dated: November 18, 2024

Respectfully Submitted,
PAIGE E. CLARKSON
Marion County District Attorney


s/ David R. Wilson
DAVID R. WILSON
JESSICA SPOONER
Deputy District Attorneys
Marion County, Oregon