UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

STATE OF OREGON,

        Plaintiff,

v.

Case No. 6:23-CR-00330-MC

SAMUEL TROY LANDIS,

        Defendants.

## ORDER TO RETAIN CUSTODY OF EXHIBITS

IT IS ORDERED that at the conclusion of the trial, counsel for the parties retain custody of their respective exhibits until such time as all need for the exhibits has terminated.

Dated:  11/25/2024.

                                    s/Michael J. McShane
                                    MICHAEL J. McSHANE
                                    UNITED STATES DISTRICT JUDGE

**SO STIPULATED.**

Dated:

_____
Attorney for Plaintiff

_____
Attorney for Defendant

ORDER TO RETAIN CUSTODY OF EXHIBITS