UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

STATE OF OREGON,

                Plaintiff,

     v.                            Case No.:   6:23-CR-00330-MC-01

SAMUEL TROY LANDIS,         CLERK'S LIST OF WITNESSES AND EXHIBITS

                Defendants.

| | |
|---|---|
| Judge: | Michael J. McShane |
| Counsel for Plaintiff: | David Russell Wilson and Jessica B. Spooner |
| Counsel for Defendant: | David H. Angeli, Amy Elizabeth Potter and Michelle Holman Kerin |
| Courtroom Deputy: | Charlene Pew |
| Court Reporter: | Lindsey Werseth |
| Dates of Hearing: | 11/25/2024, |

| EXH # | Plf | Dft | Ct. Act | EXHIBIT DESCRIPTION | WITNESS | BY |
|---|---|---|---|---|---|---|
| | | | | **Plaintiff's Exhibits** | | |
| 001 | X | | A | Photo – Intersection of High and Leslie looking east | Powell | |
| 002 | X | | A | Photo – Intersection of High and Leslie - Overhead | Powell | |
| 003 | X | | A | Photo – High Street looking south | Powell | |
| 004 | X | | A | Photo – Defendant's vehicle behind bush | Powell | |
| 005 | X | | A | Photo – Defendant's brake lights | Powell | |
| 006 | X | | A | Photo – Defendant's vehicle at stop sign pole | Powell | |
| 007 | X | X | A | Photo – Defendant's vehicle past stop sign pole | Powell | |

| 008 | X | | A | Photo – Defendant's vehicle at stop bar | Powell | |
| 009 | X | | A | Photo – Defendant's vehicle past stop bar | Powell | |
| 010 | X | | A | Photo – A – Pillar of Defendant's vehicle | Powell | |
| 011 | | | A | Map – Google Earth Map | | |
| 012 | | X X X | A | Surveillance camera footage of crash from 505 Mission Street | Hoagland Landis Powell | |
| 013 | X | | A | Surveillance camera footage of Margane Allene riding immediately prior to crash | Powell | |
| 014 | X | | A | Surveillance camera footage from 425 Leslie Street facing south | Powell | |
| 015 | X | | A | Surveillance camera footage from 425 Leslie Street facing south with audio | Powell | |
| | | | | | | |
| | | | | | | |
| | | | **Defendant's Exhibits** | | | |
| D1 | | X X X | A | DEA Operation Plan for March 28, 2023 (Redacted) | Otte Hoagland Landis | |
| D2 | X | X X X X X | A | DEA Policy on Government Vehicles | Wolter Otte Hoagland Thomas Landis | |
| D3 | | | A | State Grand Jury Testimony (Day 1) | | |
| D4 | | | A | Demonstratives Regarding Fentanyl in Oregon | Wolter | |
| D5 | | X | A | SA Landis' Training Records | Landis | |
| D6 | | X X X | A | Google Map with Locations | Hoagland Thoms Dawson | |

| | | | | | | |
|---|---|---|---|---|---|---|
| D7 | | X X X X X | A | Demonstrative Map of Area of Surveillance | Otte Hoagland Thomas Landis McCarley | |
| D8 | | X X X | A | Photo | Otte Hoagland Landis | |
| **A -** Admitted; **A/R -** Admitted as Ordered Redacted; **N/A** - Not Admitted**; W/D -** Withdrawn ||||||||
| **Witnesses – 11/25/2024** |||||||
| | | X | | Kenneth Wolters – Direct – Cross | | |
| | | X | | Adam Otte – Direct - Cross | | |
| | | X | | Todd Hoagland – Direct - Cross | | |
| | | X | | Jeffrey Thomas – Direct – Cross | | |
| | | X | | Samuel Landis – Direct -  Cross - Redirect | | |
| | X | | | Rachel Wood – Direct - Cross | | |
| | X | | | Kevin McCarley – Direct - Cross | | |
| | X | | | Vincent Dawson – Direct - Cross | | |
| | X | | | Eugenio Zuniga – Direct – Cross - | | |
| | X | | | Martin Powell – Direct – Cross | | |
| | | | | | | |