**DAVID H. ANGELI**, OSB No. 020244
david@angelicalfo.com
**MICHELLE HOLMAN KERIN**, OSB No. 965278
michelle@angelicalfo.com
**AMY E. POTTER**, OSB No. 231794
amy@angelicalfo.com
**AMANDA A. THIBEAULT**, OSB No. 132913
amanda@angelilaw.com
ANGELI & CALFO LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Samuel Landis*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAMUEL LANDIS,<br><br>　　　　Defendant. | Case No. 6:23-cr-00330-MC<br><br>**NOTICE OF CHANGE OF MAILING AND E-MAIL ADDRESS** |

　　　　Pursuant to LR 83-10(b), please take notice that the firm name and e-mail addresses for David H. Angeli, Michelle Holman Kerin, Amy E. Potter, Amanda A. Thibeault, counsel for defendant Samuel Landis, has changed. They respectfully request that all pleadings, notices, orders, and other papers in this action be served upon them at:

///

///

PAGE 1 – NOTICE OF CHANGE OF MAILING AND E-MAIL ADDRESS

David H. Angeli
Michelle Kerin
Amy E. Potter
Amanda A. Thibeault
Angeli & Calfo LLC
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880
Email: david@angelicalfo.com
        michelle@angelicalfo.com
        amy@angelicalfo.com
        amanda@angelicalfo.com


DATED: December 11, 2024.

                ANGELI & CALFO LLC

                *s/ Amy E. Potter*
                David H. Angeli, OSB No. 020244
                Michelle Holman Kerin, OSB No. 965278
                Amy E. Potter, OSB No. 231794
                Amanda A. Thibeault, OSB No. 132913
                david@angelicalfo.com
                michelle@angelicalfo.com
                amy@angelicalfo.com
                amanda@angelicalfo.com
                121 SW Morrison Street, Suite 400
                Portland, OR 97204
                Telephone: (503) 954-2232
                Facsimile: (503) 227-0880

                *Attorneys for Defendant Samuel Landis*