IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STATE OF OREGON,

       Plaintiff,                                   Case. No. 6:23-cr-330-MC

       v.                                            JUDGMENT

SAMUEL TROY LANDIS,

       Defendant.

_____

MCSHANE, Judge:

       Based on the record, Agent Landis is entitled to federal immunity from the state charges and this action is DISMISSED.

IT IS SO ORDERED.

       DATED this 2nd day of January, 2025.

                                                        _____/s/ Michael McShane_____
                                                            Michael McShane
                                                   United States District Judge

1 – JUDGMENT