UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Oregon

Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court

U.S. District Court case number: 6:23-cr-00330-MC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 10/16/2023

Date of judgment or order you are appealing: 01/02/2025

Docket entry number of judgment or order you are appealing: 56

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

State of Oregon

Is this a cross-appeal?   ○ Yes   ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ○ No

If yes, what is the prior appeal case number? 24-161

Your mailing address (if pro se):

City:           State:           Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** David R. Wilson     **Date** Jan 22, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                          Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
State of Oregon

Name(s) of counsel (if any):
David Russell Wilson, Jessica B. Spooner

Address: 555 Court St NE, Ste 5232, Salem, Or 97301
Telephone number(s): 503-588-5222
Email(s): drwilson@co.marion.or.us  jspooner@co.marion.or.us

Is counsel registered for Electronic Filing in the 9th Circuit?  ☐ Yes  ☑ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Samuel Troy Landis

Name(s) of counsel (if any):
David Angeli, Amanda Thibeault, Amy Potter, Michelle Kerin

Address: 121 SW Morrison Street Ste 400
Telephone number(s): 503-954-2232
Email(s): david@angelicalfo.com amanda@angelicalfo.com amy@angelicalfo.c[...]

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*